IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| MICHAEL DAVIS, a.k.a. WALI MALIK DAWUD, | : | |
| Plaintiff, | : | |
| v. | : | CASE NO.: 1:12-cv-61 (WLS) |
| NURSE MONTGOMERY and P.A. EDWARDS, | : | |
| Defendant. | : | |

## ORDER

Before the Court is an Order and Recommendation from United States Magistrate Judge Thomas Q. Langstaff in this 42 U.S.C. § 1983 case. (Doc. 38.) In the Recommendation, Judge Langstaff recommends that the Court grant Defendants' Motion for Summary Judgment. Plaintiff did not file an objection to the Recommendation. Upon full review and consideration upon the record, the Court finds that Judge Langstaff's Recommendation should be, and hereby is, **ACCEPTED**, **ADOPTED** and made the Order of this Court for reason of the findings made and reasons stated therein. Accordingly, Defendants' Motion for Summary Judgment (Doc. 35) is **GRANTED**, and judgment shall be entered in favor of Defendants.

**SO ORDERED**, this ___28th___ day of February, 2014.

/s/ W. Louis Sands
**W. LOUIS SANDS, JUDGE**
**UNITED STATES DISTRICT COURT**